PEOPLE ex rel. ERIE R. CO. v. BAYLESS et al., Town Assessors. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Proceedings by the people of the state of New York, on the relation of the Erie Railroad Company, against Samuel Bayless and others, assessors of the town of Kirkwood, in the county of Broome and state of New York. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. GORMAN, Respondent, v. VAN DE CARR, Warden, Appellant. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Proceedings by the people of the state of New York, on the relation of Joseph Gorman, against John E. Van De Carr, warden, etc. R. C. Taylor, for appellant. No opinion. Order reversed, proceedings dismissed, and relator remanded on authority of People v. Fox (decided Dec. 5th) 79 N. Y. Supp. 56.

PEOPLE ex rel. HILL v. CLARKE. (Supreme Court, Appellate Division, First Department. November 14, 1902.) Proceedings by the people of the state of New York, on the relation of Frank Hill, against John Proctor Clarke. No opinion. Motion denied.